

# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2016

No. 04-16-00436-CV

**IN THE INTEREST OF G.T. AND D.M.T., CHILDREN**,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015PA01964
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

The Texas Rules of Judicial Administration require this court to "ensure that the appeal is brought to final disposition . . . [w]ithin 180 days of the date the notice of appeal is filed." TEX. R. JUD. ADM. 6.2(a). This accelerated appeal from the termination of appellant's parental rights has been pending since the notice of appeal was filed in the trial court on July 5, 2016. Appellant's brief was originally due on August 15, 2016. On August 15, 2016, appointed counsel of record, Mr. Joseph Bohac, filed a motion requesting a twenty-day extension of time in which to file appellant's brief. On August 19, 2016, this court issued an order granting Mr. Bohac an extension until September 6, 2016, and we stated in our order that no further extensions of time would be granted.

On September 6, 2016, Mr. Bohac filed a second request for an extension of time. The request is GRANTED and Mr. Bohac is ORDERED to file appellant's brief in this court no later than September 26, 2016. **NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED OR CONSIDERED UNDER ANY CIRCUMSTANCE**. If Mr. Bohac does not file a brief by September 26, 2016, this cause will be abated for the trial court to conduct a hearing to determine whether: (1) appellant desires to prosecute her appeal; (2) appellant is indigent, and if so, the trial court shall take such measures as may be necessary to assure the effective assistance of counsel, which may include the appointment of new counsel; and (3) counsel has abandoned the appeal. Because sanctions may be necessary, the trial court will be asked to address this issue even if new counsel is retained or substituted before the date of the hearing. The clerk of this court shall cause a copy of this order to be served on Mr. Bohac by certified mail, return receipt requested, and by regular United States mail.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of September, 2016.



Keith E. Hottle
Clerk of Court